UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

MELISSA BRESNAHAN,

                Plaintiff,

    vs.                                            Case No. 20-cv-1142

SOUTHWEST CREDIT
SYSTEMS LIMITED
PARTNERSHIP,

                Defendant.

---

## NOTICE OF RELATED CASE

---

    Plaintiff Melissa Bresnahan, by counsel, hereby respectfully notifies the Court of related case (Case No. 20-cv-697).

    Date: July 27, 2020.

    s/ Nathan E. DeLadurantey
    Nathan E. DeLadurantey
    State Bar No. 1063937
    330 S. Executive Drive, Suite 109
    Brookfield, WI 53005
    (414) 377-0515
    E: nathan@dela-law.com