UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

MELISSA BRESNAHAN,

                Plaintiff,

vs.                                             Case No. 20-cv-1142

SOUTHWEST CREDIT
SYSTEMS LIMITED
PARTNERSHIP,

                Defendant.

---

## PLAINTIFF'S CIVIL L.R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION TO CONSOLIDATE CASES

---

Plaintiff Melissa Bresnahan, by and through her undersigned attorneys, and pursuant to Civil L.R. 7(h) and Fed. R. Civ. P. 42(a), respectfully submits its Expedited Non-Dispositive Motion to Consolidate Cases (the "Motion"), and states as follows:

On May 6, 2020, Plaintiff filed a lawsuit (Case No. 20-cv-697) against Southwest Credit Systems Limited Partnership, alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq. ("FDCPA"), and the Wisconsin Consumer Act ("WCA"), Wis. Stat. §427.104, based on the Defendant's purported illegal debt collection attempts.

On July 27, 2020, Plaintiff filed the above-captioned lawsuit against Defendant Southwest Credit Systems Limited Partnership (Case No. 20-cv-1142). These two cases are based on substantially the same underlying facts and arise from the same events and allegations.

Accordingly, Plaintiff hereby moves for entry of an order consolidating the two cases. As consolidation of the cases will promote convenience and judicial economy and will not prejudice any party, Plaintiff respectfully requests this Court enter an order consolidating Case Nos. 20-cv-

697 and 20-cv-1142 and that the case be set for a scheduling conference so the parties can engage in discovery and make forward progress on the matter.

Date: September 9, 2020.

> s/ Nathan E. DeLadurantey
> Nathan E. DeLadurantey
> State Bar No. 1063937
> DeLadurantey Law Office, LLC
> 330 S. Executive Drive, Suite 109
> Brookfield, WI 53005
> (414) 377-0515
> E: nathan@dela-law.com
> *Attorney for the Plaintiff*