UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

MELISSA BRESNAHAN,

                            Plaintiff,

    vs.                                               Case No. 20-cv-1142

SOUTHWEST CREDIT
SYSTEMS LIMITED
PARTNERSHIP,

                            Defendant.

---

## NOTICE OF SETTLEMENT

---

Plaintiff Melissa Bresnahan, by counsel, hereby provides notice to the court that a settlement agreement between the Plaintiff and Defendant Southwest Credit Systems Limited Partnership (collectively, "the Parties") has been reached. The Parties will prepare settlement documents and anticipate filing a Notice of Dismissal within 45 days.

Date: October 13, 2020.

                                                  s/ Nathan E. DeLadurantey
                                                  Nathan E. DeLadurantey
                                                  State Bar No. 1063937
                                                  DeLadurantey Law Office, LLC
                                                  330 S. Executive Drive, Suite 109
                                                  Brookfield, WI 53005
                                                  (414) 377-0515
                                                  E: nathan@dela-law.com
                                                  *Attorney for the Plaintiff*